# Court of Appeals
# of the State of Georgia

ATLANTA, October 17, 2025

*The Court of Appeals hereby passes the following order*

**A26D0094. LEON FRANSCECO BENJAMIN v. OMAYA DANIQUE GORDON.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

24A03415



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, October 17, 2025.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*